IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SELTZER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00327-CG-N |
| | ) |
| SHELBONNIE HALL, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

It is **ORDERED, ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 5th day of October, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE